No. 95–1692. SHAW v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1704. GRAY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–1706. SEVER v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1713. GAYLOR ET AL. v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–1718. CLAASSEN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–6304. MARSHALL v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7022. CAPERS ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–7236. LEE v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–7952. AMEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–7962. POPE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8082. CUDAL v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–8138. PAJE v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–8143. SANDOVAL v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 95–8153. BURT v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 95–8224. DE GUZMAN v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.